**DISMISS and Opinion Filed September 12, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00887-CV

### IN RE ALEX NEAL, Relator

**Original Proceeding from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-82970-2022**

## MEMORANDUM OPINION

Before Justices Molberg, Pedersen, III, and Garcia
Opinion by Justice Pedersen, III

Before the Court is Alex Neal's September 7, 2022 "Writ of Habeas Corpus."

We construe this filing as an original petition for writ of habeas corpus. In his petition, Neal contends that a true bill of indictment contains numerous errors, that the indictment has been wrongfully duplicated nine times, and that he is innocent.

This Court does not have original jurisdiction to consider petitions seeking habeas relief generated in connection with criminal proceedings. *See* TEX. GOV'T CODE ANN. § 22.221(d); TEX. CODE CRIM. PROC. art. 11.05; *In re Spriggs*, 528 S.W.3d 234, 236 (Tex. App.—Amarillo 2017, orig. proceeding); *In re Ayers*, 515 S.W.3d 356, 356–57 (Tex. App.—Houston [14th Dist.] 2016, orig. proceeding) (per

curiam); *see also In re Dingler*, Nos. 05-22-00594-CV, 05-22-00595-CV, 05-22-00596-CV, 05-22-00597-CV, 2022 WL 2302173, at *1 (Tex. App.—Dallas June 27, 2022, orig. proceeding) (mem. op.).

We dismiss relator's original petition for writ of habeas corpus for want of jurisdiction.


220887f.p05

/Bill Pedersen, III//
BILL PEDERSEN, III
JUSTICE